IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONNA WETZEL ZANDER,

    Plaintiff,                     No. CIV S-03-1413 DFL JFM PS

    vs.

UNITED STATES OF AMERICA,

    Defendant.                  ORDER

_____/

        Plaintiff is proceeding pro se. On January 12, 2004, the instant action was dismissed and judgment was entered. On May 6, 2005, plaintiff filed a document entitled "Amended Complaint," with a cover sheet requesting that her case be re-opened.[1] However, this filing does not comport with the provisions of Fed. R. Civ. P. 60(b) which govern motions for relief from judgment. In addition, plaintiff is precluded from bringing a motion under Fed. R. Civ. P. 60(b)(1), (2) and (3) because she failed to file the motion not more than one year after the judgment was entered. Fed. R. Civ. P. 60(b). Thus, plaintiff's request will be denied. The amended complaint will be placed in the court file and disregarded.

---

[1] Plaintiff states: "Cover Sheet of case to be re-opened 03-civ-1413 DFL JFM PS and new case." It does not appear that plaintiff is attempting to file a new action because her attachment is labeled "Amended Complaint," and bears the instant case number.

1

1  In addition, on May 16 and May 20, 2005, plaintiff filed letters in this action.
2  Because this case is closed, plaintiff is advised that documents filed by her since the closing date
3  will be disregarded and no orders will issue in response to future filings.
4  Accordingly, IT IS HEREBY ORDERED that:
5  1. Plaintiff's May 6, 2005 request to re-open the instant case is denied.
6  2. Plaintiff's May 16 and 20, 2005 documents will be placed in the court file and
7  disregarded. No orders will issue in response to future filings.
8  DATED: June 2, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

12  001; zand1413.reo